**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**KRISTIN KUELBS, by her guardian**
**KIM HILL**                                                                                  **PLAINTIFF**

    **v.**            **Case No.: 09-6097**

**DONALD HILL, et al.**                                                             **DEFENDANTS**

### O R D E R

On this 18th day of June 2010, there comes on for consideration the report and recommendation filed in this case on May 27, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 92). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss Amended Counterclaim (doc. 35) is GRANTED IN PART AND DENIED IN PART. The Amended Counterclaim is DISMISSED WITHOUT PREJUDICE as to Lynn Welk, Lawrence Welk and Jeffrey Hill. Plaintiff's Motion to Dismiss Amended Third Party Complaint is DENIED AS MOOT.

IT IS SO ORDERED this 18th day of June 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge